COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| ALAN C. SPENCE AND ALMA SPENCE, | § | No. 08-17-00152-CV |
|  | § | Appeal from the |
| Appellants, | § | County Court at Law No. 5 |
| V. | § | of El Paso County, Texas |
| NATIONSTAR MORTGAGE, LLC, | § | (TC# 2017DCV0144) |
| Appellee. | § |  |

## J U D G M E N T

The Court has considered this cause on the record, and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JULY, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.